**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **RAYMOND HAYDEN, 553626,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:98-CV-455-D** |
| | ) | |
| **NATHANIEL QUARTERMAN, Director** | ) | |
| **TDCJ-CID,** | ) | |
| **Respondent.** | ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

January 21, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE